**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00889-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CLINT ALLEN CLARK,

    Applicant, named as Defendant,

v.

UNITED STATES OF AMERICA,

    Respondent, named as Plaintiff.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

    Applicant, Clint Allen Clark, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Prison Camp in Florence, Colorado.  Mr. Clark has submitted a document titled "Ex Parte Application for Clarification of Statement of Reason and Sentence in Judgment in a Criminal Case" (ECF No. 1).  He asks for clarification of his sentencing in Criminal Action No. 09-cr-00050-001-JHP in the United States District Court for the Eastern District of Oklahoma and its effect on his early release eligibility.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order.  Mr. Clark will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Clark files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X   is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing an original signature by the prisoner
(7)  ___  is not on proper form (must use the court's current form)
(8)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___  An original and a copy have not been received by the court. Only an original has been received.
(10) ___  other: _____

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12)  X   is not on proper form (must use the court's current form)
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  An original and a copy have not been received by the court. Only an original has been received.
(17) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___  names in caption do not match names in text
(19) ___  other: _____

Accordingly, it is

ORDERED that Applicant, Clink Allen Clark, cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Mr. Clark files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Clark shall obtain the Court-approved form used in filing a 28 U.S.C. § 2241 action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Mr. Clark fails to cure the designated deficiencies **within thirty days from the date of this order**, the action will be dismissed without further notice.

DATED April 6, 2012, at Denver, Colorado.

                BY THE COURT:

                s/Boyd N. Boland
                United States Magistrate Judge