IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00889-BNB

CLINT ALLEN CLARK,

    Applicant, named as Defendant,

v.

UNITED STATES OF AMERICA,

    Respondent, named as Plaintiff.

ORDER OF DISMISSAL

    Applicant, Clint Allen Clark, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Prison Camp in Florence, Colorado. On April 3, 2012, he filed *pro se* a document titled "Ex Parte Application for Clarification of Statement of Reason and Sentence in Judgment in a Criminal Case" (ECF No. 1), asking for clarification of his sentencing in Criminal Action No. 09-cr-00050-001-JHP in the United States District Court for the Eastern District of Oklahoma and its effect on his early release eligibility.

    On April 6, 2012, Magistrate Judge Boyd N. Boland ordered Mr. Clark to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Clark to submit an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the proper, Court-approved form. Magistrate Judge Boland also ordered Mr. Clark to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Rule 3(a)(2) of the Rules Governing Section

2254 Cases in the United States District Courts requires such a motion.  The April 6 order directed Mr. Clark to obtain the Court-approved form for filing a § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov.  Lastly, Mr. Clark was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Clark has failed to cure the designated deficiencies within the time allowed, or otherwise to communicate with the Court in any way.  Therefore, the application will be denied and the action dismissed without prejudice for failure to cure the deficiencies designated in the April 6 order to cure, and for Mr. Clark's failure to prosecute.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Clark files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the habeas corpus application is denied and the action dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for the failure of Applicant, Clint Allen Clark, to cure the deficiencies designated in the April 6, 2012, order to cure, and for his failure to prosecute.  It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  15th  day of      May         , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court